DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DWAYNE McGRIFF,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1761

_____

December 15, 2023

Appeal from the Circuit Court for Hillsborough County; Christopher C. Sabella, Judge.

Howard L. Dimmig, II, Public Defender, and Terrance E. Kehoe, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad-Martin, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


SLEET, C.J., and KHOUZAM and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.